# John Monteith
## v.
# Joseph Gehrig.

*Trespass—Former Adjudication.*

In an action of trespass *quare clausum fregit*, this court holds that the question raised therein is *res adjudicata* and affirms the judgment for the defendant.

### [Opinion filed December 7, 1891.]

APPEAL from the Circuit Court of Cook County; the Hon. FRANK BAKER, Judge, presiding.

On the 27th of July, 1885, appellee obtained before a justice of the peace a judgment against appellant in an action of forcible detainer.

Appellant, on the 1st day of August, perfected an appeal to the County Court. On the 3d day of August appellee issued a distress warrant and appellant's premises were entered and his goods seized thereunder. It was admitted that appellee obtained judgment against appellant in the distress proceedings. Appellant brought an action of trespass against appellee for the entry and removal of goods under the distress warrant.

The Circuit Court, upon the trial, directed the jury to return a verdict of not guilty, which they did. There was judgment on the verdict and the plaintiff brings this appeal.

Mr. LOUIS WASHINGTON, for appellant.

Messrs. GEORGE SPARLING, C. A. SURINE and J. C. PATTERSON, for appellee.

WATERMAN, P. J. The judgment in the distress proceedings, from which no appeal was taken, established the right of appellee to distrain; if appellant desired further to contest

such right, he should have appealed from that judgment. As it is, the question raised in this case is *res adjudicata*, and the judgment of the Circuit Court must be affirmed.

*Judgment affirmed.*